# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DANIEL YANEZ-MARTINEZ**                                                    **PETITIONER**

v.                                    **CASE NO. 2:25-cv-00059-BSM**

**FRANCENE HELAIRE**
*Acting Warden, FCI-Forrest City Low*                                        **RESPONDENT**

## ORDER

Despite the inconsequential factual errors pointed out by petitioner, after a *de novo* review of the record, Magistrate Judge Jerome T. Kearney's proposed findings and recommended disposition [Doc. No. 7] is adopted insofar as its legal conclusions. Daniel Yanez-Martinez's petition [Doc. No. 1] is therefore denied and dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE