IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DANIEL YANEZ-MARTINEZ**                                                                 **PETITIONER**

**v.**                          **CASE NO. 2:25-cv-00059-BSM**

**FRANCENE HELAIRE**
*Acting Warden, FCI-Forrest City Low*                                                     **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2025.


_____
UNITED STATES DISTRICT JUDGE